Mark Eisen (SBN – 289009)
meisen@edelson.com
EDELSON PC
555 West Fifth Street, 31st Floor
Los Angeles, California 90013
Tel: 213.533.4100
Fax: 213.947.4251

Rafey S. Balabanian*
rbalabanian@edelson.com
Benjamin H. Richman*
brichman@edelson.com
Courtney C. Booth*
cbooth@edelson.com
EDELSON PC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

*_Pro hac vice_ admission to be sought.

_Attorneys for Plaintiff and the Putative Class_

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| JACK DAVIS, individually and on behalf of all others similarly situated,<br><br>_Plaintiff,_<br><br>v.<br><br>APPERIENCE CORPORATION, a Cayman Islands corporation d/b/a IOBIT, and BLUESPRIG, INC., a Delaware corporation d/b/a IOBIT,<br><br>_Defendants._ | Case No: 3:14-cv-766<br><br>**PLAINTIFF'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

Pursuant to Civil Local Rule 3-15, the undersigned certifies that the following listed persons, firms, partnerships, corporations (including parent corporations), or other entities other than the parties themselves known by the party to have either: (i) a financial interest (of any kind) in the subject matter in controversy or in a party to the proceeding, or (ii) any other kind of interest that could be substantially affected by the outcome of the proceeding:

> EDELSON PC
> 555 West Fifth Street, 31st Floor
> Los Angeles, California 90013
>
> (Counsel for Plaintiff)
>
> EDELSON PC
> 350 North LaSalle Street, Suite 1300
> Chicago, Illinois 60654
>
> (Counsel for Plaintiff)

Respectfully submitted,

**JACK DAVIS**, individually and on behalf of all others similarly situated,

Dated: February 19, 2014

By: /s/ Mark Eisen
     One of Plaintiff's Attorneys

Mark Eisen (SBN – 289009)
meisen@edelson.com
EDELSON PC
555 West Fifth Street, 31st Floor
Los Angeles, California 90013
Tel: 213.533.4100
Fax: 213.947.4251

Rafey S. Balabanian*
rbalabanian@edelson.com
Benjamin H. Richman*
brichman@edelson.com
Courtney C. Booth*
cbooth@edelson.com
EDELSON PC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

*Pro hac vice* admission to be sought.