Reset Form

1
2

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

3  Jack Davis                                          )
4                                                      )  Case No: 14-cv-00766
                              Plaintiff(s),            )
5            v.                                        )  **APPLICATION FOR**
                                                       )  **ADMISSION OF ATTORNEY**
6  Apperience Corp. d/b/a IObit, et al.                )  **PRO HAC VICE**
                                                       )  (CIVIL LOCAL RULE 11-3)
7                             Defendant(s).            )
                                                       )
8

9   I, Benjamin H. Richman, an active member in good standing of the bar of Supreme Court of Illinois, hereby respectfully apply for admission to practice *pro hac vice* in the

10  Northern District of California representing: Plaintiff Jack Davis in the

11  above-entitled action. My local co-counsel in this case is Mark S. Eisen, an attorney who is a member of the bar of this Court in good standing and who maintains an office

12  within the State of California.

13  | MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
    | 350 North LaSalle Street, Suite 1300 | 555 West Fifth Street, 31st Floor |
14  | Chicago, Illinois 60654 | Los Angeles, California 90013 |
    | MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
15  | (312) 589-6370 | (213) 533-4100 |
    | MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
16  | brichman@edelson.com | meisen@edelson.com |

17  I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 6300668.

18  A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

19  I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the
20  Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

21  *I declare under penalty of perjury that the foregoing is true and correct.*

    Dated:                                                   Benjamin H. Richman
22                                                              APPLICANT

23  ════════════════════════════════════════════════════════════

24  **ORDER GRANTING APPLICATION**
    **FOR ADMISSION OF ATTORNEY PRO HAC VICE**

25  IT IS HEREBY ORDERED THAT the application of Benjamin H. Richman is granted,
    subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate
26  appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel
27  designated in the application will constitute notice to the party.

28  Dated:
                                                   UNITED STATES DISTRICT/MAGISTRATE JUDGE

*PRO HAC VICE* APPLICATION & ORDER                                            *October 2012*

# Certificate of Admission
# To the Bar of Illinois

I, Carolyn Taft Grosboll, Clerk of the Supreme Court of Illinois, do hereby certify that

Benjamin Harris Richman

has been duly licensed and admitted to practice as an Attorney and Counselor of Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on November 5, 2009 and is in good standing, so far as the records of this office disclose.

In Witness Whereof, I have hereunto placed my hand and affixed the seal of said Supreme Court, at Springfield, in said State, this Wednesday, October 09, 2013.

*Carolyn Taft Grosboll*

Clerk