SQUIRE PATTON BOGGS (US) LLP
Joseph A. Meckes (State Bar #190279)
 Email: joseph.meckes@squirepb.com
275 Battery Street, Suite 2600
San Francisco, CA 94111
Telephone: +1 415 954 0200
Facsimile: +1 415 393 9887

Attorneys for Defendants Apperience Corporation
and Blue Sprig, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JACK DAVIS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>APPERIENCE CORPORATION, a Cayman Islands corporation d/b/a IOBIT, and BLUESPRIG, INC., a Delaware corporation d/b/a IOBIT,<br><br>Defendants. | Case No. 3:14-cv-766-WHA<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT**<br><br>Judge: Hon. William H. Alsup<br>Action Filed: February 19, 2014<br>Trial Date: TBD |

WHEREAS, Plaintiff filed the Complaint in this action on February 19, 2014;

WHEREAS, on or around June 20, 2014, plaintiff served defendant Apperience Corporation through the Hague Convention;

WHEREAS, on June 19, 2014, defendant Blue Sprig, Inc. and the plaintiffs entered into a stipulation setting aside an earlier default (Dkt. 26), which stipulation also set the time to respond to the Complaint on July 25, 2014; and

SQUIRE PATTON BOGGS (US) LLP
275 Battery Street, Suite 2600
San Francisco, California 94111

WHEREAS, the Court granted the Blue Sprig stipulation but, because of a typographical error in the proposed order submitted by Blue Sprig, the deadline to respond to the Complaint was set for July 11, 2014 (Dkt. 27);

NOW, THEREFORE, the parties hereto, by and through their respective undersigned counsel, hereby stipulate that both Blue Sprig, Inc.'s and Apperience Corporation's Answers or other responses as permitted under the Federal Rules of Civil Procedure shall be due on or before July 25, 2014.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated: June 26, 2014  SQUIRE PATTON BOGGS (US) LLP

By: */s/ Joseph A. Meckes*
      Joseph A. Meckes

Attorneys for Defendant Blue Sprig, Inc.

Dated: June 26, 2014  EDELSON PC

By: */s/ Benjamin H. Richman*
      Benjamin H. Richman

Attorneys for Plaintiff Jack Davis

# ORDER

Pursuant to the parties' Stipulation, Defendants' Answers or other responses to the Complaint shall be due no later than July 25, 2014.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: June ____, 2014

_____
WILLIAM H. ALSUP
United States Magistrate Judge

SQUIRE PATTON BOGGS (US) LLP
275 Battery Street, Suite 2600
San Francisco, California 94111