IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JACK DAVIS, individually and on behalf
of all others similarly situated,

    Plaintiff,

  v.

APPERIENCE CORPORATION, a
Cayman Islands corporation, d/b/a IOBIT,
and BLUESPRIG, INC., a Delaware
corporation, d/b/a IOBIT,

    Defendants.
_____/

No. C 14-00766 WHA

**ORDER RE STIPULATION
TO EXTEND TIME TO
RESPOND TO COMPLAINT**

The parties have filed a stipulation to extend time for responding to the complaint.
Although no court order is necessary under Civil Local Rule 6-1(a), the stipulation is nonetheless
**GRANTED**.

**IT IS SO ORDERED.**

Dated: June 26, 2014.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE