UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Jack Davis

                 Plaintiff(s),

v.

Apperience Corp. d/b/a IObit, et al.

                 Defendant(s).

Case No: 14-cv-00766

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE (CIVIL LOCAL RULE 11-3)**

I, Scott Kane, an active member in good standing of the bar of The Supreme Court of Ohio, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Defendant Blue Sprig, Inc. in the above-entitled action. My local co-counsel in this case is Joseph A. Meckes, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD:<br>221 E. Fourth Street, Suite 2900<br>Cincinnati, OH 45202 | LOCAL CO-COUNSEL'S ADDRESS OF RECORD:<br>275 Battery Street, Suite 2600<br>San Francisco, CA 94111-3492 |
|---|---|
| MY TELEPHONE # OF RECORD:<br>(513) 361-1200 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(415) 954-0200 |
| MY EMAIL ADDRESS OF RECORD:<br>scott.kane@squirepb.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>joseph.meckes@squirepb.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 0068839.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 7/15/2014

                          Scott Kane _____
                                      APPLICANT

---

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of Scott Kane is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: _____

                                       UNITED STATES DISTRICT/MAGISTRATE JUDGE