1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JACK DAVIS, individually and on behalf
of all others similarly situated,

      Plaintiff,

  v.

APPERIENCE CORPORATION, a
Cayman Islands corporation d/b/a IOBIT,
and BLUESPRIG, INC., a Delaware
corporation d/b/a IOBIT,

      Defendants.

———————————————————/

No. C 14-00766 WHA

**ORDER DENYING MOTION
TO DISMISS AS MOOT AND
VACATING HEARING**

On July 25, 2014, defendants filed a motion to dismiss the complaint (Dkt. No. 39).  On

August 15, 2014, however, plaintiff filed an amended complaint (Dkt. No. 43).  Federal Rule of

Civil Procedure 15(a)(1)(B) permits the filing of this amended complaint, as it was done within

21 days after defendants' motion to dismiss.

Because our court of appeals has stated that "an amended pleading supersedes the

original," defendants' motion to dismiss is **DENIED AS MOOT**.  *Hal Roach Studios, Inc. v.

Richard Feiner and Co., Inc.*, 896 F.2d 1542, 1546 (9th Cir. 1989).  The hearing on September

18, 2014, is accordingly **VACATED**.  This is without prejudice to any fresh motion that

defendants may bring to dismiss the amended complaint.

      **IT IS SO ORDERED.**

Dated:  August 18, 2014.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE