IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JACK DAVIS,                                                No. C 14-00766 WHA

       Plaintiff,

  v.                                                 **CLERK'S NOTICE RESCHEDULING HEARING**

APPERIENCE CORPORATION,

       Defendant.
                                         /

(Plaintiff shall serve a copy of this notice on any party in the above-entitled action not appearing on the Notice of Electronic Filing or Other Case Activity and/or the attached Certificate of Service.)

YOU ARE NOTIFIED THAT the motion hearing previously set for October 30, 2014 at 8:00 a.m. has been rescheduled for **October 29, 2014 at 8:00 a.m.**, before the Honorable William Alsup.

Please report to Courtroom 8, on the 19th Floor, Phillip Burton Federal Building, 450 Golden Gate Avenue, San Francisco, CA 94102.

Dated: October 20, 2014                          FOR THE COURT,
                                                          Richard W. Wieking, Clerk

                                                            By:_____
                                                                Dawn Toland
                                                                Deputy Clerk to the
                                                                Honorable William Alsup