**United States District Court**
**For the Northern District of California**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JACK DAVIS, individually and on behalf of all others similarly situated,

    Plaintiff,

  v.

APPERIENCE CORPORATION and BLUESPRIG, INC.,

    Defendants.

    /

No. C 14-00766 WHA

**JUDGMENT**

For the reasons stated in the accompanying order dismissing the amended complaint (Dkt. No. 56), **FINAL JUDGMENT IS HEREBY ENTERED** in favor of defendants and against plaintiff. The Clerk **SHALL CLOSE THE FILE**.

**IT IS SO ORDERED.**

Dated: November 17, 2014.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE